IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAST TRAK INVESTMENT COMPANY, LLC, a limited liability company;<br><br>　　　Plaintiffs,<br><br>v.<br><br>THERESA AND STEPHEN WHITE, a married couple; LAWRENCE MOY, individually and as a partner of the MOY & FERNANDEZ LAW GROUP, and principal for the LAW OFFICE OF LAWRENCE A. MOY, ESQ.; NORMAN G. FERNANDEZ, individually and as a partner of the MOY & FERNANDEZ LAW GROUP, and as principal for The Law Offices of Norman G. Fernandez; MOY & FERNANDEZ LAW GROUP, a law partnership; DOES 1 – 10, inclusive; BLACK PARTNERSHIPS 1-10, inclusive; WHITE CORPORATIONS 1-10, inclusive.<br><br>　　　Defendants. | CASE NO.: 8:17-cv-01142-CJC-KES<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE AND RETENTION OF JURISDICTION PURSUANT TO CALIFORNIA RULE OF CIVIL PROCEDURE §664.6** |



Plaintiff Fast Trak Investment Company, LLC's request to dismiss all claims against Defendants Norman Gregory Fernandez, individually and for the Law Offices of Norman G. Fernandez without prejudice, and the concurrent request that this Court retain jurisdiction over the matter has been received and reviewed. Good cause appearing, the Request is hereby

GRANTED.

The Clerk is directed to enter dismissal without prejudice, and the Court will retain jurisdiction until further notice, but not beyond March 16, 2022.

IT IS SO ORDERED.

Date: April 1, 2019

**UNITED STATES DISTRICT COURT**

By_____
Honorable Cormac J. Carney
Judge for the Central District of California

